RECEIVED
MAY 3 0 2006

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| SONTHEIMER OFFSHORE/CATERING CO., INC.<br>LEXINGTON INS. CO.<br>*Plaintiffs/Counter-defendants* | CIVIL ACTION NO. 05-1856 |
| VS. | JUDGE HAIK |
| PSC INDUSTRIAL OUTSOURCING, INC.<br>*Defendant/Counter-claimant*<br>KERR-MCGEE OIL & GAS CORP.<br>*Counter-claimant* | MAGISTRATE JUDGE METHVIN |

## JURISDICTIONAL AMOUNT REVIEW RULING

This diversity case was filed directly in federal court under 28 U.S.C. § 1332, alleging an amount in controversy exceeding $250,000.00. A review of the Complaint shows that the requisite jurisdictional amount has been established. Accordingly, no additional briefing is required.

Signed at Lafayette, Louisiana on ___May 30th___, 2006.

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140-phone   (337) 593-5155-Fax